# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SCOTT T. POLLY & RACHEL A. POLLY  
334 CHAUTAUQUA LANE  
SYCAMORE, IL  60178

SSN-xxx-xx-8684 & xxx-xx-6542

Case Number: 08-70147

Case filed on: 1/21/2008  
Plan Confirmed on: 5/30/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $9,448.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | JONES & HART LAW OFFICE | 3,774.00 | 3,774.00 | 2,953.66 | 0.00 |
|  | Total Legal | 3,774.00 | 3,774.00 | 2,953.66 | 0.00 |
| 008 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | SCOTT T. POLLY | 0.00 | 0.00 | 1,181.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,181.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS INC | 304,671.20 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 18,708.04 | 0.00 | 0.00 | 0.00 |
| 003 | FORD MOTOR CREDIT CORP | 6,868.69 | 6,868.69 | 818.38 | 350.05 |
| 004 | WELLS FARGO AUTO FINANCE | 23,812.09 | 23,812.09 | 2,324.49 | 1,197.08 |
|  | Total Secured | 354,060.02 | 30,680.78 | 3,142.87 | 1,547.13 |
| 005 | ECAST SETTLEMENT CORPORATION | 6,314.89 | 6,314.89 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 2,217.55 | 2,217.55 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 1,274.16 | 1,274.16 | 0.00 | 0.00 |
| 009 | CHASE BANK USA NA | 7,639.02 | 7,639.02 | 0.00 | 0.00 |
| 010 | ILLINOIS STUDENT ASSISTANCE COMM | 7,753.62 | 7,753.62 | 0.00 | 0.00 |
| 011 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | VON MAUR | 85.00 | 85.00 | 0.00 | 0.00 |
| 014 | WORLD FINANCIAL NETWORK NATIONAL BANK | 422.79 | 422.79 | 0.00 | 0.00 |
| 015 | ILLINOIS STUDENT ASSISTANCE COMM | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 25,707.03 | 25,707.03 | 0.00 | 0.00 |
|  | Grand Total: | 383,541.05 | 60,161.81 | 7,277.53 | 1,547.13 |

Total Paid Claimant: $8,824.66  
Trustee Allowance: $623.34  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008        By  /s/Heather M. Fagan